NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WILLIAM V. SCOTT,                        )
                                         )
      Appellant,                        )
                                         )
v.                                       )    Case No. 2D17-3295
                                         )
STATE OF FLORIDA,                        )
                                         )
      Appellee.                         )
_____  )

Opinion filed March 23, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pasco County; Mary M. Handsel,
Judge.

William V. Scott, pro se.


PER CURIAM.


      Affirmed.


NORTHCUTT, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.